IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
1999 AP -5 PM 3:04
U.S. CLERK'S O...
DEPUTY

| | | |
|---|---|---|
| RODNEY A. HURDSMAN,<br>Plaintiff | § § § | |
| VS. | § | NO. A 97-CA-835 SS |
| WACKENHUT CORPORATION, et al.,<br>Defendants | § § § | |

## JUDGMENT

BE IT REMEMBERED that on the 2nd day of April 1999, the Court entered its order dismissing the plaintiff's claims in the above-styled cause against Wackenhut Corporation, Wackenhut Corrections, J.D. Williams, Abigail Gonzales, Allan Pollunsky, and Wayne Scott for failure to state a claim. The Court accordingly enters the following judgment:

IT IS ORDERED, ADJUDGED, and DECREED the plaintiff Rodney A. Hurdsman's claims under Section 1983 against defendants Wackenhut Corporation, Wackenhut Corrections, J.D. Williams, Abigail Gonzales, Allan Pollunsky, and Wayne Scott are DISMISSED WITHOUT PREJUDICE for failure to state a claim for which relief may be granted, and that the defendants go hence without delay and with their costs, for which let execution issue against the plaintiff.

SIGNED on this the 2nd day of April 1999.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE